# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CARL EDWARDS, III, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:22-cv-25 |
| | * | |
| v. | * | |
| | * | |
| JERMAINE WHITE, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Carl Edwards ("Edwards") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Edwards' 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus as untimely filed, **DENIES as moot** Edwards' Motion for Writ of Mandamus, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES**

AO 72A
(Rev. 8/82)

Edwards *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this \_\_14\_\_ day of \_\_November\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)